COMMONWEALTH of Pennsylvania,
Respondent

v.

Christopher B. CHESONIS, Petitioner

No. 93 MAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

### ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Paul A. FERGUSON, Petitioner

No. 91 MAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

### ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Curtis R. GOVAN, Petitioner

No. 83 MAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

### ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**